**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02257-BNB

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
DR. CHUANG, Supervisory Physician, in his individual and official capacity,
STEPHAN M. SWAN, Physician Assistant, in his individual and official capacity,
GREGORY J. ENGLUND, Registered Nurse, in his individual and official capacity,
MARCI L. HANSUE, Registered Nurse, in her individual and official capacity,
MICHAEL O'NIELL, Police Officer for the Denver Police Department, in his individual and official capacity,
JAY LOPEZ, Police Officer for the Denver Police Department, in his individual and official capacity,
LARRY BLACK, Police Officer for the Denver Police Department, in his individual and official capacity,
LIEUTENANT THOMAS, Lieutenant for the Denver Police Department, in his individual and official capacity,
CAPTAIN STEVEN CARTER, Captain for the Denver Police Department, in his individual and official capacity,
GILBERTO LUCIO, Police Officer for the Denver Police Department, in his individual and official capacity, and
CITY AND COUNTY OF DENVER, political subdivision of the State of Colorado,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion to Compel the Clerk of Court to Stamp Summons and for Leave to Proceed with Service by US Marshal (ECF No. 9) filed on September 19, 2012, is DENIED as premature.

Dated: September 20, 2012