**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02257-BNB

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
DR. CHUANG, Supervisory Physician, in his individual and official capacity,
STEPHAN M. SWAN, Physician Assistant, in his individual and official capacity,
GREGORY J. ENGLUND, Registered Nurse, in his individual and official capacity,
MARCI L. HANSUE, Registered Nurse, in her individual and official capacity,
MICHAEL O'NIELL, Police Officer for the Denver Police Department, in his individual
    and official capacity,
JAY LOPEZ, Police Officer for the Denver Police Department, in his individual and
    official capacity,
LARRY BLACK, Police Officer for the Denver Police Department, in his individual and
    official capacity,
LIEUTENANT THOMAS, Lieutenant for the Denver Police Department, in his individual
    and official capacity,
CAPTAIN STEVEN CARTER, Captain for the Denver Police Department, in his
    individual and official capacity,
GILBERTO LUCIO, Police Officer for the Denver Police Department, in his individual
    and official capacity, and
CITY AND COUNTY OF DENVER, political subdivision of the State of Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion for Leave to Serve by US Marshals Service (ECF No. 14) filed on October 2, 2012, is DENIED as premature.

Dated:  October 3, 2012