IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-BNB

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
DR. CHUANG, Supervisory Physician, in his individual and official capacity,
STEPHAN M. SWAN, Physician Assistant, in his individual and official capacity,
GREGORY J. ENGLUND, Registered Nurse, in his individual and official capacity,
MARCI L. HANSUE, Registered Nurse, in her individual and official capacity,
MICHAEL O'NIELL, Police Officer for the Denver Police Department, in his individual
    and official capacity,
JAY LOPEZ, Police Officer for the Denver Police Department, in his individual and
    official capacity,
LARRY BLACK, Police Officer for the Denver Police Department, in his individual and
    official capacity,
LIEUTENANT THOMAS, Lieutenant for the Denver Police Department, in his individual
    and official capacity,
CAPTAIN STEVEN CARTER, Captain for the Denver Police Department, in his
    individual and official capacity,
GILBERTO LUCIO, Police Officer for the Denver Police Department, in his individual
    and official capacity, and
CITY AND COUNTY OF DENVER, political subdivision of the State of Colorado,

    Defendants.

---

## ORDER ASSIGNING CASE

---

    Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case

will be assigned to Judge Robert E. Blackburn and to Magistrate Judge Kristen L. Mix. Accordingly, it is

ORDERED that this case shall be assigned to Judge Robert E. Blackburn pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix.

DATED October 18, 2012, at Denver, Colorado.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge