IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
DR. CHUANG, Supervising Physician, in his official and individual capacities,
STEPHAN M. SWAN, Physician Assistant, in his official and individual capacities,
GREGORY J. ENGLUND, Registered Nurse, in his official and individual capacities,
MARCI L. HANSUE, Registered Nurse, in her official and individual capacities,
MICHAEL O'NIELL, Police Officer for the Denver Police Department, in his official and individual capacities,
JAY LOPEZ, Police Officer for the Denver Police Department, in his official and individual capacities,
LARRY BLACK, Police Officer for the Denver Police Department, in his official and individual capacities,
LIEUTENANT THOMAS, Lieutenant for the Denver Police Department, in his official and individual capacities,
CAPTAIN STEVEN CARTER, Captain for the Denver Police Department, in his official and individual capacities,
GILBERTO LUCIO, Police Officer for the Denver Police Department, in his official and individual capacities, and
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Ryan Chung, M.D. ("Chung") and Stephen Swan, PA's ("Swan") **[Motion for] Joinder in Co-Defendants' Motion for Extension of Time to File Reply Brief to Plaintiff's Response to Motion to Dismiss Amended Complaint** [Docket No. 96; Filed February 4, 2013] (the "Motion for Joinder") and on Defendants City and County of Denver, Michael O'Niell, Jay Lopez, Larry Black, Lieutenant Thomas, Captain Carter, and Gilbert Lucio's (collectively, the "Denver Defendants") **Motion for Extension of Time to File Reply in Support of Motion to Dismiss** [Docket No. 98; Filed February 5, 2013] (the "Motion for Extension").

-2-

IT IS HEREBY **ORDERED** that the Motion for Joinder [#96] is **GRANTED**. Defendants Chung and Swan shall file a Reply to Plaintiff's Response [#86] to their Motion to Dismiss [#71] **on or before February 15, 2013**.

IT IS FURTHER **ORDERED** that the Motion for Extension [#96] is **GRANTED**. The Denver Defendants shall file a Reply to Plaintiff's Response [#86] to their pending Motion to Dismiss [#73] **on or before February 15, 2013**.

Dated: February 6, 2013