IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
DR. CHUANG, Supervising Physician, in his official and individual capacities,
STEPHAN M. SWAN, Physician Assistant, in his official and individual capacities,
GREGORY J. ENGLUND, Registered Nurse, in his official and individual capacities,
MARCI L. HANSUE, Registered Nurse, in her official and individual capacities,
MICHAEL O'NIELL, Police Officer for the Denver Police Department, in his official and individual capacities,
JAY LOPEZ, Police Officer for the Denver Police Department, in his official and individual capacities,
LARRY BLACK, Police Officer for the Denver Police Department, in his official and individual capacities,
LIEUTENANT THOMAS, Lieutenant for the Denver Police Department, in his official and individual capacities,
CAPTAIN STEVEN CARTER, Captain for the Denver Police Department, in his official and individual capacities,
GILBERTO LUCIO, Police Officer for the Denver Police Department, in his official and individual capacities,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado, and
APEX, a corporation,

    Defendants.
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiff's **Motion for an Order Directing DOC to Provide Mr. Carbajal Certified Account Statements and a Money Order to Pay the Filing Fee as Ordered** [Docket No. 89; Filed January 29, 2013] (the "Motion"). Plaintiff seeks an extension of time to submit his civil filing fee monthly payment late, apparently for the month of January. On December 12, 2012, Plaintiff submitted $25.00 [#67]. On

January 25, 2013, Plaintiff submitted $25.00 [#85]. On February 14, 2013, Plaintiff submitted another $25.00 [#105]. Thus, Plaintiff's payments appear to be up-to-date. However, to the extent that the January payment was submitted late,

IT IS HEREBY **ORDERED** that the Motion [#89] is **GRANTED in part**. January's civil filing fee payment is accepted as having been timely submitted.

IT IS FURTHER **ORDERED** that all other relief requested in the Motion [#89] is **DENIED as moot**.

Dated: February 27, 2013