IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
STEPHAN M. SWAN, Physician Assistant, in his official and individual capacities,
GREGORY J. ENGLUND, Registered Nurse, in his official and individual capacities,
MARCI L. HANSUE, Registered Nurse, in her official and individual capacities,
MICHAEL O'NIELL, Police Officer for the Denver Police Department, in his official and individual capacities,
JAY LOPEZ, Police Officer for the Denver Police Department, in his official and individual capacities,
LARRY BLACK, Police Officer for the Denver Police Department, in his official and individual capacities,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado, and
APEX, a corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Ryan Chuang, M.D., Stephen Swan, P.A., and Apex's **Joinder in Response to Plaintiff's Objection to the District Court's September 6, 2013 Order re: Recommendation of United States Magistrate Judge Filed by Defendants Centura Health, Gregory J. Englund, Marci L. Hanshue, [and] St. Anthony Central Hospital** [#148] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#148] is **GRANTED**. The Response to Plaintiff's Objection to the District Court's September 6, 2013 Order re: Recommendation of United States Magistrate Judge is deemed jointly filed by Defendants St. Anthony Central Hospital, Centura Health, Gregory J. Englund, Marci L. Hansue, Ryan Chuang, Stephen Swan, and Apex.

    Dated: November 14, 2013