IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
STEPHAN M. SWAN, Physician Assistant, in his official and individual capacities,
GREGORY J. ENGLUND, Registered Nurse, in his official and individual capacities,
MARCI L. HANSUE, Registered Nurse, in her official and individual capacities,
MICHAEL O'NIELL, Police Officer for the Denver Police Department, in his official and individual capacities,
JAY LOPEZ, Police Officer for the Denver Police Department, in his official and individual capacities,
LARRY BLACK, Police Officer for the Denver Police Department, in his official and individual capacities, and
APEX, a corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Joint Motion to Amend Scheduling Order** [#174] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#174] is **GRANTED**. The Scheduling Order entered on October 15, 2013 [#145] is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline      **April 21, 2014**
- Rebuttal Expert Disclosure Deadline      **May 20, 2014**
- Discovery Deadline      **June 3, 2014**
- Dispositive Motions Deadline      **July 3, 2014**

    Dated: February 21, 2014