IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

      Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
STEPHAN M. SWAN, Physician Assistant, in his official and individual capacities,
GREGORY J. ENGLUND, Registered Nurse, in his official and individual capacities,
MARCI L. HANSUE, Registered Nurse, in her official and individual capacities,
MICHAEL O'NEILL, Police Officer for the Denver Police Department, in his official and individual capacities,
JAY LOPEZ, Police Officer for the Denver Police Department, in his official and individual capacities,
LARRY BLACK, Police Officer for the Denver Police Department, in his official and individual capacities, and
APEX, a corporation,

      Defendants.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Motion for Leave to Take Prisoner Deposition** [#207] (the "Motion"), filed by Defendants Michael O'Neill, Jay Lopez, and Larry Black (collectively, the "Denver Defendants"). The Denver Defendants seek an Order allowing them to conduct the deposition of Plaintiff, an incarcerated individual. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), "[a] party must obtain leave of court . . . if the deponent is confined in prison." Plaintiff Dean Carbajal, #110955, is presently incarcerated by the Colorado Department of Corrections at Arkansas Valley Correctional Facility, 12750 Highway 96 at

Lane 13, Ordway, CO 81034.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#207] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Denver Defendants may take Plaintiff's deposition with regard to this litigation.

IT IS FURTHER **ORDERED** that the deposition shall take place at Arkansas Valley Correctional Facility or, if Plaintiff is moved to a different correctional facility subsequent to this Order, at Plaintiff's new correctional facility.


Dated:  June 2, 2014                    BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge