IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
STEPHAN M. SWAN, Physician Assistant, in his official and individual capacities,
GREGORY J. ENGLUND, Registered Nurse, in his official and individual capacities,
MARCI L. HANSUE, Registered Nurse, in her official and individual capacities,
MICHAEL O'NEILL, Police Officer for the Denver Police Department, in his official and individual capacities,
JAY LOPEZ, Police Officer for the Denver Police Department, in his official and individual capacities,
LARRY BLACK, Police Officer for the Denver Police Department, in his official and individual capacities, and
APEX, a corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Extension of Discovery Deadline and Modification of Scheduling Order** [#214] (the "Motion"). Plaintiff seeks a 60-day extension of the discovery and dispositive motions deadlines.

    IT IS HEREBY **ORDERED** that the Motion [#214] is **DENIED without prejudice**. On June 2, 2014, the Court granted Defendants Michael O'Neill, Jay Lopez, and Larry Black's request for an extension of these same deadlines, although for a slightly shorter period than Plaintiff requests. *Minute Order* [#211]. The current discovery deadline is now **July 18, 2014**. *Id.* The current dispositive motion deadline is now **August 18, 2014**. *Id.*

    Dated: June 12, 2014