IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
STEPHAN M. SWAN, Physician Assistant, in his official and individual capacities,
GREGORY J. ENGLUND, Registered Nurse, in his official and individual capacities,
MARCI L. HANSUE, Registered Nurse, in her official and individual capacities,
MICHAEL O'NEILL, Police Officer for the Denver Police Department, in his official and individual capacities,
JAY LOPEZ, Police Officer for the Denver Police Department, in his official and individual capacities,
LARRY BLACK, Police Officer for the Denver Police Department, in his official and individual capacities, and
APEX, a corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [#221] (the "Motion"). Defendants filed Responses [#223, #224, #225] contesting the extent to which Plaintiff's Motion is unopposed.

    IT IS HEREBY **ORDERED** that the Motion [#221] is **GRANTED in part**. The discovery deadline is extended to **September 8, 2014** for the sole purpose of continuing Plaintiff's deposition, if necessary, and for nonparties to respond to Plaintiff's subpoenas issued by the Court on July 30, 2014. The dispositive motions deadline is extended to **October 8, 2014**.

    Dated:  July 30, 2014