**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02257-REB-BNB

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
APEX a corporation,
STEPHAN M. SWAN, Physician Assistant, in his individual and official capacity,
GREGORY J. ENGLUND, Registered Nurse, in his individual and official capacity,
MARCI HANSHUE, Registered Nurse, in her individual and official capacity,
MICHAEL O'NIELL, Police Officer For the Denver Police Department, in his individual and official capacity,
JAY LOPEZ, Police Officer For the Denver Police Department, in his individual and official capacity,
LARRY BLACK, Police Officer For the Denver Police Department, in his individual and official capacity, and
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on **The St. Anthony Defendants' Motion For Leave To File Motion For Summary Judgment in Excess of 20 Page Limit** [#233][2] filed September 25, 2014. The motion is **DENIED** without prejudice. It is clear that there has been no attempt to comply with the reasonable page limits of the court. If, after drafting their brief, defendants conclude that more pages are necessary, they may seek leave to file an over-long brief at that time.

    Dated: September 30, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#233]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.