**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02257-REB-BNB

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation, ET AL.,

    Defendants.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. This case was filed on August 23, 2012. Although a dispositive motion deadline has been set, the case does not yet have a trial date. Given the age and stage of the case, it is now appropriate to set this matter for trial. I therefore will order the parties to jointly contact the court to set the matter for trial and an antecedent combined Final Pretrial Conference and Trial Preparation Conference.[1]

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the court **SHALL CONDUCT** a telephonic setting conference **on Tuesday, October 28, 2014**, at **10:00 a.m. (MDT)** to set this matter for combined Final Pretrial Conference and Trial Preparation Conference and trial; and

---

[1] I note that counsel for several of the defendants in this case, Ms. Jessica Runyan Allen, also represents the defendant in *Carbajal v. Keefer*, Civil Action No. 12-cv-03231-REB-KLM. I have set a telephonic setting conference in that matter to occur at 10:30 a.m. on the same day as the conference set herein.

2.  That counsel for defendants shall make the arrangements necessary to convene the conference call with plaintiff prior to contacting chambers (303-335-2350) for the telephonic conference.

Dated October 6, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge