IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

ST. ANTHONY CENTRAL HOSPITAL, a corporation,
CENTURA HEALTH, a corporation,
STEPHAN M. SWAN, Physician Assistant, in his official and individual capacities,
GREGORY J. ENGLUND, Registered Nurse, in his official and individual capacities,
MARCI L. HANSUE, Registered Nurse, in her official and individual capacities,
MICHAEL O'NEILL, Police Officer for the Denver Police Department, in his official and individual capacities,
JAY LOPEZ, Police Officer for the Denver Police Department, in his official and individual capacities,
LARRY BLACK, Police Officer for the Denver Police Department, in his official and individual capacities, and
APEX, a corporation,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Medical Defendants' **Joint Motion to Strike Plaintiff's Summary Judgment Responses** [#281] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#281] is **DENIED in part, DENIED without prejudice in part, and GRANTED in part**. The Motion is **denied** to the extent that the Medical Defendants seek to have Plaintiff's Responses [#272, #273, #274, #276] stricken. The Motion is **denied without prejudice** to the extent the Medical Defendants seek to strike certain claims referenced by Plaintiff in his Responses that are not a part of the Amended Complaint. This issue may be raised in Defendants' Replies in support of their Motions for Summary Judgment. Finally, the Motion is **granted** to the extent that the Medical Defendants seek an extension of time in which to file a Reply. Accordingly,

    IT IS FURTHER **ORDERED** that the deadline for all Defendants to file Replies in

support of their Motions for Summary Judgment is extended to **January 15, 2015**.

IT IS FURTHER **ORDERED** that the page limit for each of Defendants' Replies is extended by 5 pages to 15 pages.

Dated:  December 18, 2014