IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

MICHAEL O'NEILL, Police Officer for the Denver Police Department, in his individual capacity,
JAY LOPEZ, Police Officer for the Denver Police Department, in his individual capacity, and
LARRY BLACK, Police Officer for the Denver Police Department, in his individual capacity,

    Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Amended Motion for Leave to Have a Legal Box for Each of Plaintiff's Cases That He Is Presently Litigating Pro Se** [#324] (the "Motion"). Plaintiff seeks the same relief in each of the three civil cases presently being litigated in federal court.[1] *See Motion* [#659] in Civil Action No. 10-cv-02862-REB-KLM; *Motion* [#246] in Civil Action No. 12-cv-03231-REB-KLM. Because Plaintiff seeks additional legal boxes to house the alleged 9.5 cubic feet of legal documents generated from his eight lawsuits, *see Motion* [#324] at 7, the issue may be resolved by making a determination on any one of the motions pending in each of his cases. In other words, any relief granted in two of Plaintiff's cases would be redundant of any relief granted in his third case. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#324] in this case is **DENIED as moot**. An order determining Plaintiff's request for additional legal boxes will issue in Civil Action No. 10-cv-02862-REB-KLM in due course.

    Dated: July 28, 2015

---

[1] Plaintiff has one additional federal case pending, Civil Action No. 14-cv-02926-GPG, in which he seeks a writ of habeas corpus. Plaintiff has not filed a motion pertaining to his request for additional legal boxes in that case.