IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-2257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

MICHAEL O'NEILL, et al.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2015

JEFFREY P. COLWELL
CLERK

---

Petition For A Writ Of Habeas Corpus Ad Testificandum

---

Plaintiff Dean Carbajal, pro se, respectfully moves the Court for an Order issuing a Writ of Habeas Corpus Ad Testificandum pursuant to 28 USC §2241(c)(5), and hereby submits this petition in support of this action.

Pursuant to 28 USC §2241(c)(5), the Plaintiff Dean Carbajal requests that his Court issue a writ of habeas corpus ad testificandum requiring Warden Randy Lynn and The Executive Director of the Colorado Department of Corrections to bring the plaintiff Mr.Carbajal before the Court for a trial sceduled to commmence on August 10, 2015, at 8:30.

The plaintiff's case depends in large part on his own testimony. Since the credibility of witnesses will be an issue in this matter, the jury should be allowed to hear the plaintiff testify personally and observe his demeanor.

The plaintiff is proceeding pro se in this matter and should therefore be produced to manage the presentation of this matter, to cross-examine the defendant who testify and their witnesses, and to hear the defendant's case and present appropriate rebuttal.

Respectfully submitted this 24th day of July, 2015.

Dean Carbajal
12750 Hwy 96 Ln 13
Ordway, CO 81034

## Certificate of Service

The undersigned hereby certifies that the foregoing Petition For A Writ of Habeas Corpus, was mailed to the Clerk of Court, and that a true and correct copy was mailed to all interest parties.

David Cooperstein
David.Cooperstein@denvergove.org

Dean Carbajal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-2257-REB-KLM

DEAN CARBAJAL,

       Plaintiff,

v.

MICHAEL O'NEILL, et al.,

       Defendant.

---

ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

    Warden Randy Lynn, and

    Executive Director of Colorado Department of Corrections

        Respondent.

    On the Petition for a Writ of Habeas Corpus, It Is Ordered that a Writ of Habeas Corpus issue directing the Respondents to make return on the Writ and bring the Petitioner before this Court on August 10, 2015 to present testimony and litigate the pending matter set for trial from August 10, 2015 to August 21, 2015,.at the United States District Court, Arraj Court House, 901-19th Street, Denver, CO, 80294, courtroom A1001 at 8:00 a.m..

    IT IS ORDERED that a writ of habeas corpus be issued for Dean Carbajal, prison No. 110955, to be brought before this Court on August 10, 2015, at 8:00 a.m.

                                                    Robert E. Blackburn
                                                    United States District Juge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-2257-REB-KLM

DEAN CARBAJAL,

      Plaintiff,

v.

MICHAEL O'NEILL, et al.,

      Defendant.

---

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

Whereas, it has been made to appear to this Court that Dean Carbajal, 110955, is now confined to the Arkansas Valley Correction Facility, Ordway, CO. and that his presence will be necessary in this Court, in Civilian Clothes, no later than 8:00 a.m., on August, 2015, and to be returned to this Court each day thereafter until discharged from said writ.

NOW THEREFORE, in the Name of the United States of America, WE COMMAND RANDY LYNN, Wardan of Arkansas Valley Correctional Facility, to have the body of said prisoner DEAN CARBAJAL, 110955, in the US District Court for the District of Colorado, 901-19th St., Denver, CO. 80294, Courtroom A1001, on the return date, indicated above.

Witness, the Honorable Robert E. Blackburn, U.S. District Court Judge, and the Seal of the US District Court, on July ___, 2015.

BY: _____
            Clerk of Court