**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiffs,

v.

MICHAEL O'NEILL, et al,

    Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated August 5, 2015, at Denver, Colorado.

                                 **BY THE COURT:**

                                 */s/ Bob Blackburn*
                                 Robert E. Blackburn
                                 United States District Judge