**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02257-REB-KLM

DEAN CARBAJAL,

      Plaintiff,

v.

MICHAEL O'NEILL, et al,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter before the court is plaintiff Dean Carbajal's **Motion To Strike Exhibit 6 Due to the Denver Defendants' Deceptive Attempt To Introduce Inadmissible Evidence that Was Not Stipulated To** [*sic*] [#375],[2] filed August 17, 2015. This is now Mr. Carbajal's third such objection to the admission of this stipulated exhibit. However, as the court found on both previous occasions, Mr. Carbajal has waived or forfeited any objection by failing to raise it until well into the trial of this case and well after its admission without objection as a stipulated exhibit immediately before commencement of the presentation of evidence on the first day of trial on August 10, 2015. Moreover, having again reviewed the subject exhibit, the court finds nothing therein that is unduly or unfairly prejudicial or inflammatory, *a fortiori*, given the nature and extent of related evidence admitted during trial.[3]

      **THEREFORE, IT IS ORDERED** that Mr. Carbajal's **Motion To Strike Exhibit 6 Due to the Denver Defendants' Deceptive Attempt To Introduce Inadmissible Evidence that Was Not Stipulated To** [sic] [#375], filed August 17, 2015, is denied.

      Dated: August 18, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#375]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.

[3] Additionally, the probativity of Exhibit 6 is not substantially outweighed by any of the six dangers in Rule 403.