# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02257-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

MICHAEL O'NEILL, Police Officer for the Denver Police Department, in his individual capacity,
JAY LOPEZ, Police Officer for the Denver Police Department, in his individual capacity, and
LARRY BLACK, Police Officer for the Denver Police Department, in his individual capacity,

    Defendants.

---

## FINAL JUDGMENT

---

This action was tried before a jury of nine sworn to try the issues herein with the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, presiding. The jury has rendered unanimous verdicts.  In accordance with the verdicts of the jury and the orders filed during pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

    **THEREFORE, IT IS ORDERED** as follows:

    1.    That as prescribed under Federal Rules of Civil Procedure 58, judgment shall enter for the defendants, Michael O'Neill, Jay Lopez, and Larry Black, against the plaintiff, Dean Carbajal;

    2.    That costs shall be taxed and allowed in favor of the defendants as prescribed under Fed .R. Civ. P.54(d)(1) and D.C.COLO.LCivR 54.1;

3. That the defendants are granted leave to file by **September 1, 2015**, their individual motions or collective motion seeking attorney fees, limited only to reasonable attorney fees for trial preparation and trial; and

4. That any motion seeking post-trial relief under a specific statute or rule of civil procedure shall be initiated, marshaled, and determined in the time and manner specified in that specific statute or rule and the local civil rules of this court.

DATED at Denver, Colorado, this 19th day of March 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
      Kathleen Finney
      Deputy Clerk

APPROVED BY THE COURT:

Robert E. Blackburn
United States District Judge